No. 293. UNITED STATES AND INTERSTATE COMMERCE COMMISSION *v.* THE KANSAS CITY SOUTHERN RAILWAY COMPANY, THE ARKANSAS WESTERN RAILWAY COMPANY, FORT SMITH AND VAN BUREN RAILWAY COMPANY, ET AL. Appeal from the District Court of the United States for the Western District of Missouri. Argued November 22, 1927. Decided November 28, 1927. *Per Curiam.* Reversed and cause remanded to the District Court of the United States for the Western District of Missouri with directions to vacate the injunction decree and dismiss the petition for want of jurisdiction, on the authority of the *United States* v. *Los Angeles & Salt Lake Railroad Co.,* 273 U. S. 299. *Mr. Blackburn Esterline,* Assistant to the Solicitor General, with whom *Solicitor General Mitchell* and *Messrs. Charles W. Needham* and *Oliver E. Sweet* were on the brief, for appellants. *Mr. Samuel W. Moore,* with whom *Mr. Frank H. Moore* was on the brief, for appellees.